No. 629. COLUMBIA TERMINALS Co. *v.* LAMBERT ET AL. January 29, 1940. *Per Curiam:* The decree is vacated and the cause is remanded to the District Court with directions to dismiss the complaint on the merits. *Eichholz* v. *Public Service Commission,* 306 U. S. 268; *Welch Co.* v. *New Hampshire,* 306 U. S. 79. *Messrs. Guy A. Thompson* and *Charles M. Spence* for appellant. *Messrs. James H. Linton, Daniel C. Rogers,* and *Edgar H. Wayman* for appellees.

No. 630. PUBLIC SERVICE COMMISSION OF MISSOURI *v.* COLUMBIA TERMINALS Co.

January 29, 1940. *Per Curiam:* The appeal is dismissed for want of jurisdiction. *Public Service Commission* v. *Brashear Lines,* 306 U. S. 204. *Messrs. James H. Linton* and *Daniel C. Rogers* for appellant. *Messrs. Guy A. Thompson* and *Charles M. Spence* for appellee.

No. 622. CADY ET AL., DOING BUSINESS AS C. M. CADY & SONS *v.* DETROIT ET AL. January 29, 1940. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. (1) *Euclid* v. *Ambler,* 272 U. S. 365; *Cusack Co.* v. *Chicago,* 242 U. S. 526; (2) *Hatch* v. *Reardon,* 204 U. S. 152, 160–161; *Standard Food Co.* v. *Wright,* 225 U. S. 540, 550; *Warehouse Co.* v. *Tobacco Growers,* 276